**MARTELL & CO. (S.A.), Appellant,**

v.

**TEQUILA CUERVO LA ROJENA, S.A. DE C.V., Appellee.**

**No. 2009–1431.**

United States Court of Appeals, Federal Circuit.

Sept. 29, 2009.

## ON MOTION

### ORDER

Tequila Cuervo La Rojena states that it is withdrawing its application with the consent of Martell & Co. and that this renders appeal no. 2009–1431 moot. The court treats the submission as an unopposed motion to dismiss the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.